DARRYL C. SHEETZ (SBN 098604)
LAW OFFICES OF DARRYL C. SHEETZ
335 Centennial Way, Suite 100
Tustin, California 92780
Telephone: (949) 553-0300
Facsimile:   (949) 553-0390
Email: dcsheetz@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL INTEGRATED TECHNOLOGIES, INC., a Vermont corporation,<br><br>          Plaintiff,<br>vs.<br><br>ROBERT GUSTAVSON, an individual; PROTECTION SYSTEMS, INC., a California corporation,<br><br>          Defendants,<br>_____<br>ROBERT GUSTSAVSON, an individual; PROTECTION SYSTEMS, INC., a California corporation,<br><br>          Counter-Complainants,<br>vs.<br><br>NATIONAL INTEGRATED TECHNOLOGIES, INC., a Vermont corporation; ZANE AKINS, an individual, and ROBERT E. SCHRULL, a | Case No.: CV-97-06492-WJR (RZx)<br><br>**ORDER GRANTING APPLICATION FOR AND RENEWAL OF JUDGMENT BY CLERK**<br><br>Action Filed: August 29, 1997 |

individual, dba A&S ASSOCIATES, LTD.,

        Counter-Defendants.

The Court having considered Judgment Creditor Plaintiff NATIONAL INTEGRATED TECHNOLOGIES, INC. ("NITI") Application for and Renewal of Judgment against Judgment Debtors ROBERT GUSTAVSON ("Gustavson") and PROTECTION SYSTEMS, INC. ("PSI) hereby GRANTS the application as follows:

**IT IS HEREBY ORDERED:**

1. That the Judgment Creditor NITI's original judgment entered on January 12, 2005, against Judgment Debtors Robert Gustavson, jointly and severally, and Protection Systems, Inc., jointly and severally, is hereby renewed in the following amount:

    Economic Damages:    $385,687.00

    Interest after judgment:    $305,450.25 (Calculated: $385,687.00 x 5.28% = $59.77/day x 5475 days (15 years) = $305,450.25)

    Attorneys' Fees/Costs:    $183,031.50

    Punitive Damages    $15,000.00
    (Gustavson)

|   |   |
|---|---|
| Punitive Damages (PSI) | $15,000.00 |
| **TOTAL:** | **$904,168.75** |

2. That the terms of the Stipulated Judgment set forth below are hereby renewed:

(1) That Plaintiff NITI have judgment against Defendants Gustavson and PSI, jointly and severally, for economic damages in the sum of $385,687.00 for rescission based on fraud and conversion, with interest thereon at the rate of 5.28% per annum from September 15, 1999;

(2) That Plaintiff NITI's breach of contract cause of action is dismissed;

(3) That Defendant PSI is the owner of the remaining LA 2000 Light Alarm Systems that were in Defendant PSI's possession at the time of the trial;

(4) That, based on a finding of fraud, malice, and oppression, punitive damages be awarded against Gustavson in the amount of $15,000.00;

(5) That, based on a finding of fraud, malice, and oppression, punitive damages be awarded against PSI in the amount of $15,000.00;

(6) That the preliminary injunction, issued by this Court on September 19, 1997, enjoining Defendant PSI and its officers, agents, servants, employees, attorneys of record, and those acting in concert or participation with them, from

selling or otherwise disposing of 1,500 units of the LA 2000 Light Alarm Systems is dissolved;

    (7)    That Defendants and Counter-Complainants, Gustavson and PSI, take nothing by way of their Counterclaim; and

    (8)    That Defendants Gustavson and PSI shall be obligated, jointly and severally, to pay Plaintiff NITI the amount of $183,031.50 in attorneys' fees and costs.

Dated: 11/21/2014                        J. Remigio
                                        Deputy Clerk, U.S. District Court