ROBERT E. SCHRULL
56 Abenaki Ridge
Putney, Vermont 05346
Telephone: (802) 254-0857
Email: rschrull@gbla.com

Officer of Plaintiff NITI/Counter Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL INTEGRATED TECHNOLOGIES, INC., a Vermont corporation, | Case No.: CV-97-06492-WJR (RZx) |
| Plaintiff, | **RENEWAL OF JUDGMENT** |
| vs. | |
| ROBERT GUSTAVSON, an individual; PROTECTION SYSTEMS, INC., a California corporation, | Action Filed: August 29, 1997 |
| Defendants, | |
| ROBERT GUSTAVSON, an individual; PROTECTION SYSTEMS, INC., a California corporation, | |
| Counter-Complainants, | |
| vs. | |
| NATIONAL INTEGRATED TECHNOLOGIES, INC., a Vermont corporation; ZANE AKINS, an INDIVIDUAL, AND ROBERT E. SCHRULL, | |

1

an individual, dba A&S ASSOCIATES, LTD.,

      Counter-Defendants

Judgment creditor Plaintiff NATIONAL INTEGRATED TECHNOLOGIES, INC. ("NITI") applies for renewal of its judgment against Judgment Debtors ROBERT GUSTAVSON ("Gustavson") and PROTECTION SYSTEMS, INC. ("PSI) as follows:

Judgment Creditor:

1.  National Integrated Technologies, Inc., *c/o* Robert Schrull, 56 Abenaki Ridge, Putney, Vermont 05346.

Judgment Debtors:

1. Robert Gustavson, 68-385 Crozier Dr., Waialua, HI 96791, jointly and severally;

2. Protection Systems, Inc., 55260 Riviera, La Quinta, California 92253, jointly and severally.

Original Judgment:

Case No. CV-97-06492-WJR(RZx)

Entered on: January 12, 2005

Renewal of Money Judgment

APPLICATION FOR RENEWAL OF JUDGMENT

Economic Damages:  $385,687.00

Interest after judgment: $509,106.84 (Calculated: $385,687.00 x 5.28%

= $55.79/day x 9125 days (25 years)= $509,106.84)

Attorneys' Fees/Costs: $183,031.50

Punitive Damages $15,000.00
(Gustavson)

Punitive Damages $15,000.00
(PSI)

**TOTAL RENEWED JUDGMENT: $1,107,825.34**

Terms of Stipulated Judgment

1. That Plaintiff NITI has judgment against Defendants Gustavson

and PSI, jointly and severally, for economic damages in the sum of $385,687.00

for rescission based on fraud and conversion, with interest thereon at the rate of

5.28% per annum from September 15, 1999.

2. That Plaintiff NITI's breach of contract cause of action is

dismissed.

3. That Defendant PSI is the owner of the remaining LA 2000 Light

Alarm Systems that were in Defendant PSI's possession at the time of the trial.

4. That, based on a finding of fraud, malice, and oppression, punitive

damages be awarded against Gustavson in the amount of $15,000.00.

3

5. That, based on a finding of fraud, malice, and oppression, punitive damages be awarded against PSI in the amount of $15,000.00.

6. That the preliminary injunction, issued by this Court on September 19, 1997, enjoining Defendant PSI and its officers, agents, servants, employees, attorneys of record, and those acting in concert or participation with them, from selling or otherwise disposing of 1,500 units of the LA 2000 Light Alarm Systems is dissolved.

7. That Defendants and Counter-Complainants, Gustavson and PSI, take nothing by way of their Counterclaim.

8. That Defendants Gustavson and PSI shall be obligated, jointly and severally, to pay Plaintiff NITI the amount of $183,031.50 in attorneys' fees and costs.

This judgment was previously renewed on November 11, 2014. No amount has been collected from Defendants Gustavson or PSI on this judgment. The judgment remains unsatisfied.

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

4

Judgment creditor Plaintiff NATIONAL INTEGRATED

TECHNOLOGIES, INC. requests that this court renew the Stipulated Judgment

entered on January 5, 2005 in the amount of $1,107.825.34, as calculated above.

Dated: October 4, 2024

Respectfully submitted,

**ROBERT E. SCHRULL**

/s/Robert E. Schrull
ROBERT E. SCHRULL
Officer of Plaintiff NITI/Counter Defendant
NATIONAL INTEGRATED
TECHNOLOGIES, INC.

**IT IS SO ORDERED;**

Dated: _____November 18, 2024_____     _Sharon Hall Byron_

Deputy Clerk, U.S. District Court

APPLICATION FOR RENEWAL OF JUDGMENT